UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUSSELL DEAN SOLOTOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 14-9090-PLA<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Voluntary Remand.

DATED: June 15, 2015

                                                      PAUL L. ABRAMS<br>                                      UNITED STATES MAGISTRATE JUDGE